**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VIRTUAL IMMERSION TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HYATT HOTELS CORPORATION and HYATT CORPORATION,<br><br>        Defendants. | **Civil Action No. 2:16-cv-1309-RWS** |

**ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

CAME ON THIS DAY for consideration of the Notice of Voluntary Dismissal Without Prejudice between Plaintiff Virtual Immersion Technologies LLC and Defendants Hyatt Hotels Corporation and Hyatt Corporation and the Court, being of the opinion that said motion should be GRANTED, it is hereby

**ORDERED** that all claims asserted in this suit against Hyatt Hotels Corporation and Hyatt Corporation are hereby dismissed without prejudice.

SIGNED this 22nd day of February, 2017.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE